# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-13-00066-CR

### Maurice Samuel Arrington, Appellant

### v.

### The State of Texas, Appellee

### FROM THE DISTRICT COURT OF BELL COUNTY, 426TH JUDICIAL DISTRICT
### NO. 69198, HONORABLE FANCY H. JEZEK, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

A jury found appellant Maurice Samuel Arrington guilty of possession with intent to deliver a controlled substance weighing four grams or more but less than 200 grams. Punishment was assessed at thirty-five years in the institutional division of the Texas Department of Criminal Justice. We will affirm the judgment.

Appellant's court-appointed appellate attorney has filed a motion to withdraw supported by a brief concluding that the appeal is frivolous and without merit. The brief meets the requirements of *Anders v. California* by presenting a professional evaluation of the record demonstrating why there are no arguable grounds on the merits to be advanced. *See* 386 U.S. 738, 744 (1967); *Garner v. State*, 300 S.W.3d 763, 766 (Tex. Crim. App. 2009); *see also Penson v. Ohio*, 488 U.S. 75 (1988). Appellant himself filed a pro se brief raising fourteen issues containing an array

of complaints including errors in admitting and excluding evidence, prosecutorial misconduct, ineffective assistance of counsel, and judicial bias.

We have reviewed the record, including the appellate briefs filed by counsel and appellant pro se. We agree with counsel that the record presents no arguably meritorious grounds for review and that the appeal is frivolous. *See Anders*, 386 U.S. at 744; *Garner*, 300 S.W.3d at 766; *Bledsoe v. State*, 178 S.W.3d 824, 826-27 (Tex. Crim. App. 2005).

Appellant's counsel's motion to withdraw is granted. The judgment of conviction is affirmed. *See* Tex. R. App. P. 43.2(b).

_____

Jeff Rose, Chief Justice

Before Chief Justice Rose, Justices Puryear and Pemberton

Affirmed

Filed: March 5, 2015

Do Not Publish